No. 97–1008. CLEVELAND *v.* POLICY MANAGEMENT SYSTEMS CORP. ET AL. C. A. 5th Cir. [Certiorari granted, *ante,* p. 808.]

Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.